Hendra.Ind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR - 9 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HENDRA ) <br> a/k/a INDRA SETYAWAN, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00024 <br><br> **INDICTMENT** <br><br> FALSE USE OF PASSPORT <br> [18 U.S.C. § 1543] |

THE GRAND JURY CHARGES:

On about March 7, 2005, in the District of Guam and elsewhere, the defendant herein, HENDRA a/k/a INDRA SETYAWAN, did willfully and knowingly use and attempt to use a false passport in an attempt to enter the United States, by presenting to a U.S. Customs and Border Inspector an Indonesian passport, number K 636861, in the name of Indra Setyawan, and defendant

//

//

//

knowing said passport was false, altered and did not belong to him, in violation of Title 18, United States Code, Section 1543.

Dated this 9th day of March, 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

- 2 -