AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM

UNITED STATES OF AMERICA

v.

HENDRA aka INDRA SETYAWAN

**WARRANT FOR ARREST**

Case Number: CR-05-00024

FILED
DISTRICT COURT OF GUAM
MAR - 9 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  HENDRA aka INDRA SETYAWAN
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

FALSE USE OF PASSPORT

in violation of Title __18__ United States Code, Section(s) __1543__

| MARILYN B. ALCON | Marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 3/9/2005  Hagatna, Guam |
| Title of Issuing Officer | Date  Location |

ORIGINAL

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 3-7-05 | NAME AND TITLE OF ARRESTING OFFICER Byron Farley, CEO | SIGNATURE OF ARRESTING OFFICER Byron Farley |
|---|---|---|
| DATE OF ARREST 3-7-05 | | |