IN THE District Court OF GUAM
TERRITORY OF GUAM

CRIMINAL MINUTES

FILED
DISTRICT COURT OF GUAM
MAR 10 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO.** CR-05-00024     **DATE:** 03/10/2005     **TIME:**

HON. JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE     Law Clerk: JUDITH HATTORI
Official Court Reporter: WANDA MILES     Courtroom Deputy:
Court Recorder:     CSO: B. Benavente

*********************** **APPEARANCES** ***********************

**DEFT:** HENDRA     **ATTY:** JOHN GORMAN
(✓) PRESENT (✓) CUSTODY ( ) BOND ( ) P.R.     (✓) PRESENT ( ) RETAINED (✓) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** FRED BLACK     **AGENT:**

**U.S. PROBATION:** ROSANNA VILLAGOMEZ-AGUON     **U.S. MARSHAL:** P. RABINA & R. LUMAGUI

**INTERPRETER:** MIMI CLINARD     **LANGUAGE:** INDONESIAN

**PROCEEDINGS:** INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT

(✓) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED

_____ APPOINTED TO REPRESENT THE DEFENDANT

( ) DEFENDANT SWORN AND EXAMINED

       AGE:        SCHOOL COMPLETED:

( ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES

( ) COURT QUESTIONS DEFENDANT(S) REGARDING THEIR PHYSICAL AND MENTAL CONDITION

( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT

**PRELIMINARY EXAMINATION SET FOR:**
**ARRAIGNMENT SET FOR:**
**TRIAL SET FOR:**
**PROCEEDINGS CONTINUED TO:** MARCH 11, 2005 at 1:45 p.m.

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)

(✓) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR
       ( ) PROCESSING     (✓) DETENTION

**NOTES:**
Defendant was advised of his rights.

The Court advised the defendant that there may be a conflict in appointing the Federal Public Defender as his attorney. Accordingly, the Court continued the Arraignment to March 11, 2005 at 1:45 p.m.