

DISTRICT COURT OF GUAM

TERRITORY OF GUAM



| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00024 |
|---|---|
| Plaintiff, | |
| vs. | O R D E R |
| HENDRA aka INDRA SETYAWAN, | |
| Defendant. | |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to March 10, 2005.

Dated this 11th day of March, 2005.

JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge
**DISTRICT COURT OF GUAM**