# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

### CRIMINAL MINUTES

**CASE NO.** CR-05-00024  **DATE:** 03/11/2005  **TIME:** 1:50:30  1:56:25

***

**HON.** JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE   **Law Clerk:** JUDITH HATTORI
**Official Court Reporter:** WANDA MILES   **Courtroom Deputy:** Leilani Teves Hernandez
**Court Recorder:** N/A   **CSO:** B. Benavente

***APPEARANCES***

**DEFT:** HENDRA   **ATTY:** JOAQUIN C. ARRIOLA, JR.
(✓) PRESENT  (✓) CUSTODY  ( ) BOND  ( ) P.R.   (✓) PRESENT  ( ) RETAINED  ( ) FPD  (✓) CJA APPOINTED

**U.S. ATTORNEY:** KARON JOHNSON   **AGENT:**

**U.S. PROBATION:** JUDY OCAMPO   **U.S. MARSHAL:** P. RABINA & R. LUMAGUI

**INTERPRETER:** MIMI CLINARD   **LANGUAGE:** INDONESIAN

***

**PROCEEDINGS:** ARRAIGNMENT

(✓) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED

JOAQUIN C. ARRIOLA, JR. _____ APPOINTED TO REPRESENT THE DEFENDANT

(✓) DEFENDANT SWORN AND EXAMINED

   **AGE:**        **SCHOOL COMPLETED:** 12 YEARS

(✓) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES

(✓) COURT QUESTIONS DEFENDANT(S) REGARDING THEIR PHYSICAL AND MENTAL CONDITION

(✓) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  (✓) INDICTMENT


**PRELIMINARY EXAMINATION SET FOR:**

**ARRAIGNMENT SET FOR:**

**TRIAL SET FOR:** MAY 5, 2005 at 9:30 a.m.

**PROCEEDINGS CONTINUED TO:**


( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)

(✓) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR
      ( ) PROCESSING   (✓) DETENTION

**NOTES:**
Defendant entered a Not Guilty plea to the charge in the indictment. Trial Order executed.

Defense counsel submitted to the recommendaiton contained in the Pre-Trial Services Report. Government had no objections. Defendant was remanded to the custody of the U.S. Marshal Service for detention.