IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff.<br><br>vs.<br><br>HENDRA a.k.a. INDRA SETYAWAN,<br><br>        Defendant. | CRIMINAL CASE NO. 05-00024<br><br>**ACCEPTANCE OF PLEA OF GUILTY,<br>ADJUDICATION OF GUILT AND<br>NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging him with False Use of Passport, in violation of 18 U.S.C. § 1543, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED this __9__ day of May 2005.

                                              /s/ David O. Carter
                                              DAVID O. CARTER*
                                              District Judge

---

* The Honorable David O. Carter, United States District Judge for the Central District of California, sitting by designation.