JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant



FILED
DISTRICT COURT OF GUAM

MAY 26 2005

MARY L.M. MORAN
CLERK OF COURT

(15)

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HENDRA,<br>aka INDRA SETYAWAN<br><br>　　　　　Defendant. | CRIMINAL CASE NO. CR05-00024<br><br>STATEMENT ADOPTING<br>FINDINGS OF PRESENTENCE<br>REPORT |

Defendant HENDRA, through counsel Arriola, Cowan & Arriola, by JOAQUIN C. ARRIOLA, JR. adopts the findings of the Pre-Sentence Investigation Report for the above Defendant.

Dated at Hagåtña, Guam: May 26, 2005.

ARRIOLA, COWAN & ARRIOLA

JOAQUIN C. ARRIOLA, JR.

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2005, a copy of the Statement Adopting Presentence Report was served upon Plaintiff, United States of America, by hand-delivering a copy thereof to:

KARON V. JOHNSON, ESQ.
Assistant U. S. Attorney
United States Attorney's Office, Criminal Division
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910;

MARIA C. CRUZ
Probation Officer
U.S. Probation Office
520 W. Soledad Avenue, Second Floor
Hagåtña, Guam 96910

Dated at Hagåtña, Guam: May 26, 2005.

ARRIOLA, COWAN & ARRIOLA

JOAQUIN C. ARRIOLA, JR.