AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
JUN - 6 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA,

V.

HENDRA

NOTICE

CASE NUMBER: 05-00024

---

TYPE OF CASE:

☐ CIVIL  X CRIMINAL

---

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

---

X **TAKE NOTICE** that the Sentencing hearing in this case has been rescheduled as indicated below:

| Place | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, Guam | Tuesday, June 7, 2005 at 10:00 a.m. | Thursday, June 9, 2005 at 1:45 p.m. |

MARY L. M. MORAN
CLERK OF COURT

June 6, 2005
DATE

(BY) DEPUTY CLERK

TO: Karon Johnson  Joaquin C. Arriola, Jr.