

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING

**FILED**
DISTRICT COURT OF GUAM
JUN - 9 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO.  CR-05-00024**          **DATE: 06/09/2005**

*****************************************************************************

HON. RICARDO S. MARTINEZ, Designated Judge, Presiding
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded: 1:47:42 - 1:53:11

Law Clerk: None Present
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Pereda

(19)

* * * * * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:  HENDRA**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.

**ATTY :  JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT   ( ) RETAINED   ( ) FPD   ( X ) CJA APPOINTED

**U.S. ATTORNEY: MARIVIC DAVID**

**AGENT: BYRON FARLEY, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT**

**U.S. PROBATION: JUDY OCAMPO**

**U.S. MARSHAL: S. LUJAN**

**INTERPRETER:  FOO MEE CHUN CLINARD, previously sworn**    **LANGUAGE:  INDONESIAN**

*****************************************************************************

( ) ARGUMENT FOR A DOWNWARD DEPARTURE BY THE___GOVERNMENT ___ DEFENSE ___GRANTED
COURT DEPARTS TO A LEVEL_____ FROM A LEVEL_____

( ) ARGUMENT FOR AN UPWARD DEPARTURE BY THE    ___ GOVERNMENT ___ DEFENSE

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
Base offense level:          Total offense level:  6      Criminal History Category:  I

NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Concurs with the Government and requested that Defendant be immediately remanded to the custody of immigration for deportation proceedings.  No objection.  GRANTED.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Concurs with the Probation Officer's recommendation of time served.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Counsel submitted a stipulation and order regarding the payment of the special assessment fee.  The Court executed the Order.  The Court adopted the recommendations of all parties and imposed sentence.

**SENTENCE:** CR-05-00024            **DEFENDANT: HENDRA**

**( X )**   **DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF** _TIME SERVED (90 DAYS)._

**( )**     **COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT** _____ .

**( X )**   **UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF** _TWO YEARS_ .

**THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:**

1.     **DEFENDANT SHALL BE TURNED OVER TO A DULY AUTHORIZED IMMIGRATION OFFICIAL FOR DEPORTATION PROCEEDINGS PURSUANT TO 18 U.S.C. § 3583(d), AND WITH THE ESTABLISHED PROCEDURES PROVIDED BY THE IMMIGRATION AND NATURALIZATION ACT UNDER 8 U.S.C. § 1101. AS A FURTHER CONDITION OF SUPERVISED RELEASE, IF ORDERED DEPORTED, HE SHALL REMAIN OUTSIDE THE UNITED STATES AND SHALL NOT RE-ENTER WITHOUT THE PERMISSION OF THE U.S. ATTORNEY GENERAL. IF DEPORTATION FAILS TO OCCUR AND THE DEFENDANT IS RELEASED FROM CONFINEMENT PENDING FURTHER IMMIGRATION PROCEEDINGS, HE SHALL IMMEDIATELY REPORT TO THE U.S. PROBATION OFFICE TO BEGIN HIS TERM OF SUPERVISED RELEASE.**

2.     **DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL OFFENSE.**

3.     **DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. THE MANDATORY DRUG CONDITION IS HEREBY SUSPENDED BASED UPON THE COURT'S DETERMINATION THAT THE DEFENDANT POSES A LOW RISK OF FUTURE SUBSTANCE ABUSE.**

4.     **DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.**

5.     **DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND CODIFIED UNDER 18 U.S.C. § 3583.**

6.     **DEFENDANT SHALL BE PROHIBITED FROM POSSESSING A FIREARM OR OTHER DANGEROUS WEAPON.**

7.     **DEFENDANT SHALL PERFORM 100 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.**

     **IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $100.00 BE PAID FROM THE MONEY SEIZED BY THE BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT.**

     **ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.**

     **COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HIS APPEAL RIGHTS. DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.**

**TIME ENDED: 1:53 PM.**

**Courtroom Deputy:** _____