HENDRA.stp

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN 10 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00024 |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER FOR** |
| vs. ) | **PAYMENT OF SPECIAL** |
| ) | **ASSESSMENT FEE** |
| HENDRA aka INDRA SETYAWAN, ) | |
| Defendant. ) | |

COMES NOW Plaintiff, UNITED STATES OF AMERICA, and Defendant HENDRA aka INDRA SETYAWAN, by and through their respective counsel, hereby stipulate and move, pursuant to 18 U.S.C. Section 3572(d), for an Order requiring the Bureau of Immigration and Customs Enforcement to pay to the Clerk, United States District Court of Guam, the amount of $100.00 in satisfaction of the $100.00 special assessment fee assessed against the Defendant, HENDRA aka INDRA SETYAWAN, and in support states as follows:

1. At the time of the Defendant's arrest, approximately $496.00 in United States currency was seized from him and has been in the possession of the Bureau of Immigration and Customs Enforcement. ("BICE").

2. 18 U.S.C. § 3572(d) provides that: "A person sentenced to pay a fine or other monetary penalties shall make such payment immediately, unless, in the interest of justice, the court provides for payment on a date certain or in installment."

3. The United States requests that, from said funds in the custody of the BICE, an amount of $100.00 be paid to the Clerk, United States District Court of Guam, in full satisfaction of the special assessment fee assessed against Defendant at his sentencing on June 9, 2005, and the remaining balance returned to Defendant.

RESPECTFULLY SUBMITTED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 6/9/05        By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

DATED: 6/9/05        /s/
JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant

**ORDER**

The Bureau of Immigration and Customs Enforcement shall deposit to the Clerk, United States District Court of Guam, the amount of $496.00 that was obtained from Defendant, HENDRA aka INDRA SETYAWAN, upon his arrest in full satisfaction of the $100.00 special assessment fee assessed against Defendant at sentencing on June 9, 2005. Any remaining balance of funds shall be returned to Defendant.

SO ORDERED AND APPROVED this 9 day of June, 2005.

RICARDO S. MARTINEZ
Chief Judge
District Court of Guam